IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20609
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARIO HUMBERTO GUERRERO-CABRERA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-02-CR-14-1
--------------------
February 20, 2003
Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Mario Humberto Guerrero-Cabrera appeals his conviction for
reentering the United States without permission after deportation
following an aggravated felony.  Guerrero-Cabrera concedes that
this court held that felony possession of a controlled substance
is a drug-trafficking offense, and therefore is an "aggravated
felony" for purposes of U.S.S.G. § 2L1.2(b)(1)(C).  United States
v. Hinojosa-Lopez, 130 F.3d 691, 694 (5th Cir. 1997); United
States v. Caicedo-Cuero, 312 F.3d 697, 706-11 (5th Cir. 2002).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Accordingly, the district court did not err in overruling Guerrero-Cabrera's objection to the eight-level enhancement imposed for his prior felony conviction for possession of cocaine.

Guerrero-Cabrera argues that the felony conviction that resulted in his increased sentence under 8 U.S.C. § 1326(b)(2) was an element of the offense that should have been charged in the indictment.  He acknowledges that his argument is foreclosed by the Supreme Court's decision in <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998).  This court must follow that decision until it is overruled by the Supreme Court.  <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000).

AFFIRMED.